# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 5, 2017

154764

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellant,

v

                                            SC: 154764
                                            COA: 325407
                                            Monroe CC: 13-040406-FH

LONNIE JAMES ARNOLD,
        Defendant-Appellee.

_____/

        On order of the Court, the application for leave to appeal the April 12, 2016 and September 22, 2016 judgments of the Court of Appeals is considered, and it is GRANTED. The parties shall address: (1) whether MCL 750.335a(2)(c) requires the mandatory imposition of "imprisonment for an indeterminate term, the minimum of which is 1 day and the maximum of which is life" for a person who commits the offense of indecent exposure by a sexually delinquent person, or whether the sentencing court may impose a sentence within the applicable guidelines range, see MCL 777.16q; (2) whether the answer to this question is affected by this Court's decision in *People v Lockridge*, 498 Mich 358 (2015), which rendered the sentencing guidelines advisory; and (3) whether *People v Campbell*, ___ Mich App ___ (2016) (Docket No. 324708), was correctly decided.

        We further ORDER the Monroe Circuit Court, in accordance with Administrative Order 2003-03, to determine whether the defendant is indigent and, if so, to appoint the State Appellate Defender Office to represent the defendant in this Court.

        Persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 5, 2017
_____

t0329



                                      Clerk